**CIMINO LAW, LLC**
376 Hollywood Avenue
Suite 206
Fairfield, New Jersey 07004
(862-210-8036
(862-210-8041 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Douglas E. Arpert, U.S.M.J. |
| : | CR 19-804 CR(AET) |
| V. : | ~~19 MJ. 1565(DEA)~~ |
| : | |
| : | ORDER |
| RONIFFE GAINES : | |

This matter having been opened to the Court by Cimino Law LLC, counsel for Defendant Roniffe Gaines, on notice to Assistant United Sates Attorneys, Ray A. Mateo and Martha Kathleen Nye and United States Pretrial Services for an Order permitting Roniffe Gaines 1) to attend a baby shower for his daughter at the home of his mother, Shirelle Hughley, 78 Marboro Lane, Willingboro, NJ 08046 on August 8, 2020 from 3:00 p.m. to 8:00 p.m.; and 2) to attend a second baby shower for his daughter at the home of his mother, Shirelle Hughley, 78 Marboro Lane, Willingboro, NJ 08046 on August 15, 2020 at 3:00 p.m. to 8:00 p.m.; and the United States Attorney's Office and United States Pretrial Services having no objection, and the Court having considered the application, and for good cause shown,

IT IS ON THIS ___6th___ day of ___August___, 2020;

**ORDERED** as follows:

1. Defendant, Roniffe Gaines' request to attend the baby showers is hereby **GRANTED**;

2. Mr. Gaines is permitted to leave his home in Beverly, New Jersey at 2:00 p.m. on August 8, 2020, to attend his daughter's baby shower at 3:00 p.m. at the home of his mother, Shirelle Hughley, 78 Marboro Lane, Willingboro, New Jersey and returning to his home in Beverly, New Jersey by 9:00 p.m.;

3. Mr. Gaines is permitted to leave his home in Beverly, New Jersey at 2:00 p.m. on August 15, 2020, to attend his daughter's baby shower at 3:00 p.m. at the home of his mother, Shirelle Hughley, 78 Marboro Lane, Willingboro, New Jersey and returning to his home in Beverly, New Jersey by 9:00 p.m.

**SO ORDERED.**

_____
DOUGLAS E. ARPERT, USMJ